**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JOHN BOWMAN, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 11-00047-KD-N** |
| ) | |
| CITIMORTGAGE, INC., ) | |
|    Defendant. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated May 6, 2011 is hereby **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Defendant's Motion for Partial Dismissal (Doc. 6) is **GRANTED** such that the Plaintiff's invasion of privacy, defamation, and wantonness claims are **DISMISSED with prejudice**; and that one basis for each of the Plaintiff's claims of negligence and breach of contract -- those expressly relying on alleged provision of inaccurate information to credit reporting agencies -- are **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **25th** day of **May 2011.**

                                                /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**