IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BOWMAN,        ) | |
|     Plaintiff,        ) | |
| v.        ) | CIVIL ACTION NO. 11-00047-KD-N |
|             ) | |
| CITIMORTGAGE, INC.,        ) | |
|     Defendant.        ) | |

**ORDER**

This matter is before the Court on the Defendant Citimortgage, Inc.'s "Motion for Leave to File Amended Answer and Counterclaim for Deficiency Balance" (Doc. 17). Any response in opposition to Defendant's motion was ordered to be filed on or before October 26, 2011. (Doc. 18). To date, no opposition to Defendant Citimortgage, Inc.'s motion has been filed. As such, the Court construes said motion (Doc. 17) as unopposed.

Accordingly, it is **ORDERED** Defendant's unopposed motion for leave to file amended answer and counterclaim (Doc. 17) is **GRANTED.**

**DONE** and **ORDERED** this the **31st** day of **October 2011.**

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**