IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN BOWMAN,             ) | |
|     Plaintiff,             ) | |
| v.                       ) | CIVIL ACTION NO. 11-00047-KD-N |
|                          ) | |
| CITIMORTGAGE, INC.,      ) | |
|     Defendant.            ) | |

**ORDER**

This matter is before the Court on the parties' Joint Stipulation of Dismissal (as amended). (Docs. 21, 22). The parties jointly stipulate to the dismissal of all of the claims and counterclaims pending in this action with prejudice, with each party to bear his or its own attorney's fees, costs and expenses.  The stipulation is signed by all parties who have appeared. Therefore, upon consideration of the stipulation and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED with prejudice** and the Clerk of the Court is **DIRECTED** to close this file.  As stipulated, each party shall bear his or its own attorney's fees, costs and expenses.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the **29th** day of **February 2012.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**